HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAUL RINCON. JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00208-DAD |
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO WESTCARE** |
| vs. | |
| RAUL RINCON, JR., | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Raul Rincon (Fresno County Sheriff's JID #7111373, Booking #2219599) shall be released from the Fresno County Jail on Thursday, July 14, 2022 at 8:00 a.m. and immediately transported to WestCare, located at 611 E. Belmont Ave., Fresno, CA 93701, for intake and admission into the program. To ensure his safe and immediate transport to WestCare, the Fresno County Jail will release Mr. Rincon to Kevin Mitchel from the Federal Defender's Office, for immediate transport to the WestCare.

Probation has informed undersigned counsel that WestCare is prepared for Mr. Rincon's arrival for intake on Thursday, July 14, 2022. While enrolled in the program, Mr. Rincon is ordered to participate and remain in the program until he satisfies the requirements of the residential program or until further order of this Court. During this time, Mr. Rincon will remain subject to all terms and conditions of his supervised release previously ordered. If Mr. Rincon leaves the program at any time prior to completing the program, or if he is terminated from the

program for any reason, he is ordered to immediately inform his probation officer and follow all instructions.

IT IS SO ORDERED.

Dated:   __**July 12, 2022**__                    _Dale A. Drozd_____
                                                  UNITED STATES DISTRICT JUDGE